| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| 6 | KEVIN JOSEPH MARTIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-059 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| vs. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| KEVIN JOSEPH MARTIN, | ) | |
| | ) | DATE: May 8, 2017 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Shelley Weger, Assistant United States Attorney, attorney for Plaintiff, and Lexi P. Negin, attorney for KEVIN JOSEPH MARTIN, that the preliminary hearing date of May 8, 2017 be vacated, and the matter be set before the duty magistrate for arraignment on the Indictment (Dkt 9) on May 10, 2017 at 2:00 p.m.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 10, 2017 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order

| | | |
|---|---|---|
| 1 | Dated: May 3, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Public Defender |
| 3 | | |
| 4 | | */s/ Lexi P. Negin*<br>LEXI P. NEGIN |
| 5 | | Attorney for Defendant<br>KEVIN JOSEPH MARTIN |
| 6 | | |
| 7 | Dated: May 3, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Shelley Weger*<br>SHELLEY WEGER |
| 10 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 8, 2017, preliminary hearing is vacated and the arraignment on the Indictment be set before the duty magistrate judge on May 10, 2017, at 2:00 p.m.

Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 10, 2017 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order