1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    LEXI P. NEGIN, #250376
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax: 916-498-5710

5    Attorney for Defendant
     KEVIN JOSEPH MARTIN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   Case No.  2:17-cr-059 TLN
                                        )
11              Plaintiff,              )   STIPULATION AND ORDER
                                        )   TO CONTINUE STATUS CONFERENCE
12   vs.                                )
                                        )
13   KEVIN JOSEPH MARTIN,               )   DATE:   July 27, 2017
                                        )   TIME:    9:30 a.m.
14              Defendant.              )   JUDGE:  Hon. Troy L. Nunley
                                        )
15   _____)

16          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17   Attorney through Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and

18   Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin,

19   attorneys for Kevin Martin, hereby stipulate as follows:

20          1.     By previous order, this matter was set for a status conference on July 27, 2017.

21          2.     By this stipulation, defendant now moves to continue the status conference until

22   October 12, 2017, and to exclude time between July 27, 2017, and October 12, 2017, under

23   Local Code T4.

24          3.     The parties agree and stipulate, and request the Court to find the following:

25                 a.     The government has produced directly to defense counsel over 1450 pages

26          of discovery as well as audio and video recordings.  The government has also made

27          additional discovery, which contains material restricted by 18 U.S.C. § 3509(m) available

28          for inspection.

1        b.     Defense counsel requires additional time to review discovery with the

2   defendant, pursue investigation, and discuss potential resolutions with her client.

3        c.     Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny him/her the reasonable time necessary for effective preparation,

5   taking into account the exercise of due diligence.

6        d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

7   § 3161, et seq., within which trial must commence, the time period of July 27, 2017 to

8   October 12, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

9   B(iv) [Local Code T4] because it results from a continuance granted by the Court at

10   defendant's request on the basis of the Court's finding that the ends of justice served by

11   taking such action outweigh the best interest of the public and the defendant in a speedy

12   trial.

13        4.     Nothing in this stipulation and order shall preclude a finding that other provisions

14   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

15   which a trial must commence.

16        IT IS SO STIPULATED.

17

18   DATED: July 20, 2017            Respectfully submitted,

19

20                         HEATHER E. WILLIAMS
Federal Defender

21                         */s/ Lexi P. Negin*

22                         Lexi P. Negin
Assistant Federal Defender

23                         Attorney for KEVIN MARTIN

24   DATED: July 20, 2017            PHILLIP A. TALBERT

25                         United States Attorney

26                         */s/ Shelley D. Weger*

27                         Shelley D. Weger
Assistant U.S. Attorney

28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 27, 2017 status conference shall be continued until October 12, 2017, at 9:30 a.m.

Dated: July 21, 2017

Troy L. Nunley
United States District Judge

-3-

Stipulation and Order
to Continue Status Conference