PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOSEPH MARTIN,<br><br>Defendant. | CASE NO. 2:17-CR-059 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 7, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 7, 2017.

2. By this stipulation, defendant now moves to continue the status conference until January 11, 2018, at 9:30 a.m., and to exclude time between December 7, 2017, and January 11, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced approximately 1900 pages of discovery as well as audio and video recordings. Approximately 500 pages of this discovery was produced on November 22, 2017, and an additional video recording was produced on November 28, 2017. The government has also made additional discovery, which contains material restricted by 18 U.S.C. § 3509(m), available for inspection.

b) Counsel for defendant desires additional time to review the recently produced discovery, to discuss potential resolutions with her client, and to conduct any additional research or investigation that may be necessary.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2017 to January 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 29, 2017                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ SHELLEY D. WEGER
                                            SHELLEY D. WEGER
                                            Assistant United States Attorney

Dated: November 29, 2017                    /s/ LEXI NEGIN
                                            LEXI NEGIN
                                            Counsel for Defendant
                                            KEVIN JOSEPH MARTIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of November, 2017.

Troy L. Nunley
United States District Judge