McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOSEPH MARTIN,<br><br>Defendant. | CASE NO. 2:17-CR-059 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 11, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 11, 2018.

2. By this stipulation, defendant now moves to continue the status conference until February 15, 2018, at 9:30 a.m., and to exclude time between January 11, 2018, and February 15, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case includes approximately 1900 pages of reports and photographs, audio and video recordings, and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for review, and/or inspection and copying. The government continues to investigate and has additional discovery that will be produced to the defense and/or made

available for review.

  b) Counsel for defendant requires time to review the additional discovery that will be produced and/or made available for inspection, and additional time to further review the discovery that has been produced, to conduct additional investigation and research related to the charges, to discuss potential resolutions with her client, and time to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2018 to February 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 3, 2018	McGREGOR W. SCOTT
	United States Attorney


	/s/ SHELLEY D. WEGER
	SHELLEY D. WEGER
	Assistant United States Attorney


Dated:  January 3, 2018	/s/ LEXI NEGIN
	LEXI NEGIN
	Counsel for Defendant
	Kevin Joseph Martin


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of January, 2018.

Troy L. Nunley
United States District Judge