1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    LEXI P. NEGIN, #250376
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax: 916-498-5710

5    Attorney for Defendant
     KEVIN JOSEPH MARTIN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   Case No.  2:17-cr-059 TLN
                                        )
11              Plaintiff,              )   STIPULATION AND ORDER
                                        )   TO CONTINUE STATUS CONFERENCE
12   vs.                                )
                                        )
13   KEVIN JOSEPH MARTIN,               )   DATE:    February 15, 2018
                                        )   TIME:    9:30 a.m.
14              Defendant.              )   JUDGE:   Hon. Troy L. Nunley
                                        )
15   _____)

16           IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17   Attorney through Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and

18   Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin,

19   attorneys for Kevin Martin, hereby stipulate as follows:

20           1.      By previous order, this matter was set for a status conference on February 15,

21   2018.

22           2.      By this stipulation, defendant now moves to continue the status conference until

23   March 8, 2018, and to exclude time between February 15, 2018, and March 8, 2018, under Local

24   Code T4.

25           3.      The parties agree and stipulate, and request the Court to find the following:

26                   a.      The government has produced directly to defense counsel approximately

27   2,000 pages of discovery as well as audio and video recordings.  The government has

28   also made additional discovery and electronic devices available for inspection.

                                              -1-
     Stipulation and Order
     to Continue Status Conference

b.     Counsel for defendant requires additional time to review the recently provided discovery, conduct investigation, and possibly hire an expert.

c.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to the continuance.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 15, 2018 to March 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1          4.      Nothing in this stipulation and order shall preclude a finding that other provisions

2     of the Speedy Trial Act dictate that additional time periods are excludable from the period within

3     which a trial must commence.

4              IT IS SO STIPULATED.

5     DATED: February 8, 2018                         Respectfully submitted,

6
                                                      HEATHER E. WILLIAMS
7                                                     Federal Defender

8                                                     /s/ Lexi P. Negin
                                                      Lexi P. Negin
9                                                     Assistant Federal Defender
10                                                    Attorney for KEVIN MARTIN

11    DATED: February 8, 2018                         MCGREGOR W. SCOTT
                                                      United States Attorney
12

13                                                    /s/ Shelley D. Weger
                                                      Shelley D. Weger
14                                                    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from February 15, 2018, up to and including March 8, 2018,

9  shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12  **ordered** the February 15, 2018 status conference shall be continued until March 8, 2018, at 9:30

13  a.m.

14

15  Dated:  February 8, 2018

16

17                                              Troy L. Nunley
                                               United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
to Continue Status Conference