McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN JOSEPH MARTIN, <br><br> Defendant. | CASE NO. 2:17-CR-059 TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: May 10, 2018 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 10, 2018.

2. By this stipulation, defendant now moves to continue the status conference until June 7, 2018, at 9:30 a.m., and to exclude time between May 10, 2018, and June 7, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery totaling approximately 1900 pages of documents, reports, photographs, and audio and video recordings. There is additional evidence, including electronic devices, that has been made available for review.

b) Counsel for defendant represents that the defense needs additional time to conduct its investigation (specifically, to obtain records that it has requested from a third party); to hire an expert; to further consult with the defendant regarding the charges, the evidence, and how to

proceed in this case; and to otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2018 to June 7, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 7, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: May 7, 2018

/s/ LEXI NEGIN
LEXI NEGIN
Counsel for Defendant
Kevin Joseph Martin

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 7th day of May, 2018.

Troy L. Nunley
United States District Judge