M<small>C</small>GREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-059 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KEVIN JOSEPH MARTIN, | DATE: June 7, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 7, 2018.

2. By this stipulation, defendant now moves to continue the status conference until June 14, 2018, at 9:30 a.m., and to exclude time between June 7, 2018, and June 14, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant requires one additional week to consult with the defendant regarding the charges, the evidence, the sentencing guidelines, and a potential disposition of this case, as well as, to otherwise prepare for trial.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      c)      The government does not object to the continuance. However, if the defendant is not ready to enter a guilty plea by the next court hearing on June 14, 2018, the government will request that this matter be set for trial.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 4, 2018										M<small>C</small>GREGOR W. SCOTT
United States Attorney


/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney


Dated: June 4, 2018										/s/ LEXI NEGIN
LEXI NEGIN
Counsel for Defendant
Kevin Joseph Martin

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of June, 2018.

Troy L. Nunley
United States District Judge

S<small>TIPULATION</small> R<small>EGARDING</small> E<small>XCLUDABLE</small> T<small>IME</small>
P<small>ERIODS</small> U<small>NDER</small> S<small>PEEDY</small> T<small>RIAL</small> A<small>CT</small>

3