IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-059 TLN |
|---|---|
| Plaintiff, | ORDER TO SEAL EXHIBIT A AND EXHIBT B TO DEFENDANT'S FORMAL OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| KEVIN MARTIN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A and Exhibit B of Defendant's Formal Objections to the Presentence Report be granted so that personal identifying information is not available on the public docket. The Formal Objections and its attachments are to be provided to the Court and Assistant United States Attorney Shelley Weger.

Dated: December 17, 2018

Troy L. Nunley
United States District Judge

Order -1-