IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-059 TLN |
|---|---|
| Plaintiff, | ORDER TO SEAL ATTACHMENT A TO DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | |
| KEVIN MARTIN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Attachment A to Defendant's Sentencing Memorandum be granted so that the medical information and personal identifying information are not available on the public docket. The Sentencing Memorandum and its Attachment A are to be provided to the Court and Assistant United States Attorney Shelley Weger.

These documents shall remain under seal until further Order of the Court.

Dated: December 17, 2018

Troy L. Nunley
United States District Judge

Order -1-